IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01901-PSF-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

LITHIA MOTORS, INC., ET AL.,

Defendants.

**ORDER TO SHOW CAUSE and
ORDER RESETTING SCHEDULING/PLANNING CONFERENCE**

**MICHAEL J. WATANABE
United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by District Judge Phillip S. Figa on October 11, 2005. (Docket No. 5).

In an Order Setting Scheduling/Planning Conference filed on October 20, 2005 (Docket No. 6), a Rule 16 scheduling/planning conference was set to be held on November 15, 2005, at 10:00 a.m. That Order directed, *inter alia*, the parties to hold a pre-scheduling conference meeting, to prepare and submit to the court a proposed Scheduling Order, and to submit a Confidential Settlement Statement to the undersigned at least five days before the Rule 16 conference. A copy of that Order was electronically mailed to the plaintiff's counsel.

2

Despite those clear directives, there was no appearance for the plaintiff, nor did the plaintiff's counsel submit a proposed Scheduling Order or a brief Confidential Settlement Statement. Furthermore, plaintiff did not move for a continuance of the conference and did not even telephone the court at the time set for the conference. In addition, a member of the court's staff telephoned plaintiff's counsel, but the call was directed to voice-mail. The voice mail message indicated that counsel was out of the office until the following day, and callers were directed to another attorney in case of an emergency. The court then attempted to call that other attorney, but again the call was sent into voice mail. The court notes that the weather and roads in Denver on November 15, 2005, at 10:00 a.m. were clear.

> Rule 16(f) of the Federal Rules of Civil Procedure provides in relevant part:
>
> If a party . . . fails to obey a scheduling or pretrial order, or if no appearance is made on behalf of a party at a . . . pretrial conference . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D). In lieu of or in addition to any other sanction, the judge shall require the party or the attorney representing the party or both to pay the reasonable expenses incurred because of any noncompliance with this rule, including attorney's fees, unless the judge finds that the noncompliance was substantially justified or that other circumstances make an award of expenses unjust.

Fed. R. Civ. P. 16(f). Rule 37(b)(2)(B), (C), and (D), which is referenced in Rule16(f), permits the following sanctions:

> (B) An order refusing to allow the disobedient party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence;
>
> (C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or **dismissing the action or**

3

> **proceeding** or any part thereof, or rendering a judgment by default against the disobedient party;
>
> (D) In lieu of any of the foregoing orders or in addition thereto, an order treating as a contempt of court the failure to obey any orders except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(B), (C), (D) (emphasis added).

Based upon the foregoing, it is hereby

**ORDERED** that on **December 5, 2005, at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U. S. Courthouse, 901 Nineteenth Street, Denver, Colorado, a Show Cause Hearing will be held at which the **plaintiff's attorney shall appear in person** and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) for failure to prosecute, failure to appear, and failure to comply with court orders.  It is further

**ORDERED** that the Rule 16 Planning/Scheduling Conference is reset to **December 5, 2005, at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U. S. Courthouse, 901 Nineteenth Street, Denver, Colorado.  The parties shall comply with all of the provisions of this court's Order Setting Scheduling/Planning Conference filed on October 20, 2005 (Docket No. 6).  Plaintiff shall ensure that the defendants are served with a copy of that Order and today's Order.

Dated:   November 15, 2005              s/Michael J. Watanabe
         Denver, Colorado               Michael J. Watanabe
                                        United States Magistrate Judge