IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01901-PSF-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

LITHIA MOTORS, INC., ET AL.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Plaintiff's EEOC's Motion to Vacate and Reschedule December 5, 2005, Hearing with D. Colo. L.R. [sic] 7.1 Certification (docket no. 11) is GRANTED as follows.  The show cause hearing set on December 5, 2005, at 9:00 a.m. is VACATED.  The show cause order dated November 15, 2005, is also VACATED. The Plaintiff has demonstrated good cause to vacate the show cause order of November 15, 2005.  The parties have agreed to meet for one full day on December 16, 2005, to try and settle this case on their own.  Accordingly, the Rule 16 Scheduling Conference is reset to January 11, 2006, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit to Magistrate Judge Watanabe their proposed Rule 16 Scheduling Order five (5) days prior to the Rule 16 Scheduling Conference consistent with the e-filing requirements of this court.

     It is FURTHER ORDERED that the parties shall submit to Magistrate Judge Watanabe by December 20, 2005, a joint status report concerning their efforts towards settlement.

Date:  November 30, 2005