IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01901-PSF-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

LITHIA MOTORS, INC., ET AL.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Applicant James Witherspoons' Motion to Intervene as Party Plaintiff (docket no.14) is GRANTED for the reasons stated in the motion. Moreover, the court finds that the other parties have failed to file any response to this motion and this court also deems the motion confessed.  James Witherspoon is added as a Party Plaintiff.

Date:  December 20, 2005