IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01901-PSF-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

LITHIA MOTORS, INC., ET AL.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff EEOC's Status Report and Motion to Vacate and Reschedule January 11, 2006, Hearing with D.Colo.L.R.7.1 Certification, filed with the Court on December 20, 2005, (DN 17), is GRANTED. The Scheduling Conference set on January 11, 2006, at 9:00 a.m., is VACATED and RESET on February 16, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: December 28, 2005