IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01901-PSF-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a Lithia Dodge of Cherry Creek; and
LITHIA CHERRY CREEK DODGE, INC., d/b/a Lithia Dodge of Cherry Creek,

    Defendants.

## ORDER APPROVING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

This matter comes before the Court pursuant to the parties' Joint Motion for Approval of Proposed Consent Decree and for Dismissal of this Action with Prejudice (Dkt. # 25) filed March 3, 2006. The Motion is GRANTED.

The proposed Consent Decree (filed as Dkt. # 25-2) is hereby approved and made an Order of this Court. This case is DISMISSED with PREJUDICE pursuant to the parties' request, although this Court retains jurisdiction to enforce this Consent Decree.

DATED: March 8, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge